```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-04599-RNO
Angel Medina                                                        Chapter 13
Shari Medina
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2            Date Rcvd: Jun 24, 2020
                              Form ID: ntsempas            Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb         +Angel Medina,    Shari Medina,    110 Cross Lane,    Greentown, PA 18426-5023
4853368        +Apothaker & Assocs,    520 Fellowship Road C306,    PO Box 5496,
                 Mt. Laurel, New Jersey 08054-5496
4853380       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,    PO Box 15019,    Wilmington, Delaware 19886)
4853370        +Brenda Wahnon,    3234 Hemlock Farms,    Hawley, PA 18428-9114
4853376       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,    250 Mt Lebanon Blvd,    Ste 420,
                 Pittsburgh, PA 15122)
4853374        +Citibank SD,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
4853377        +Commonwealth Financial,    245 Main Street,    Scranton, Pennsylvania 18519-1641
4853381        +Financial Recoveries,    PO Box 1388,    Mt. Laurel, New Jersey 08054-7388
4853383        +First National Collection Bu,    c/o Cross Country Bank,    3631 Warren Way,
                 Reno, Nevada 89509-5241
4853384        +Geisinger Health System,    P.O. Box 27727,    Newark, New Jersey 07101-7727
4853387        +HSBC Bank,    ATTN: Bankruptcy Dept,    P.O. BOX 4215,    Buffalo, New York 14240-4215
4853386        +Highhouse Oil,    333 Erie St,    Honesdale, Pennsylvania 18431-1059
4853390        +Macy's/DSNB,    P.O. Box 8218,    Mason, Ohio 45040-8218
4853391        +Medical Data Systems Inc,    645 Walnut St STE 5,    Gadsen , AL 35901-4173
4853394        +Northeastern Gastroenterology Assoc PC,    1860 Fair Ave,    Honesdale, Pennsylvania 18431-2108
4853395        +Pinnacle Receivable Solutions, LLC,    PO Box 51058,    Myrtle Beach, South Carolina 29579-0018
4853397        +Regional Hopspital of Scranton,    746 Jefferson Ave,    Scranton, PA 18510-1624
4853398        +Santander,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
4857823        +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
4853399        +Tek Collect,    PO BOX 1269,    Columbus, Ohio 43216-1269
4872346         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
4853400        +US Dept of Ed/GLESI,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 24 2020 19:28:11
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 24 2020 19:28:19
                 Capital One Auto Finance c/o AIS Portfolio Service,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 24 2020 19:28:02
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 24 2020 19:28:19
                 JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH  43219
4856705        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 24 2020 19:23:25
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4853369        +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jun 24 2020 19:23:37     Berks Credit & Col,
                 900 Corporate DR,    Reading, Pennsylvania 19605-3340
4853371        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 24 2020 19:28:19     Capital One Auto,
                 PO Box 259407,    Plano, TX 75025-9407
4858103        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 24 2020 19:28:02
                 Capital One Auto Finance,    c/o Ascension Capital Group fka,
                 AIS Data Svcs dba Ascension Capital Grp,    4515 N Santa Fe Ave Dept APS,
                 Oklahoma City, OK 73118-7901
4874060        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 24 2020 19:28:19
                 Capital One Auto Finance,,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
4853372        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 24 2020 19:28:02
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
4853375        +E-mail/Text: mediamanagers@clientservices.com Jun 24 2020 19:23:20     Client Services,
                 3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
4891960         E-mail/Text: G06041@att.com Jun 24 2020 19:23:32     Directv, LLC,
                 by American InfoSource LP as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
4853379        +E-mail/Text: bankruptcynotices@dcicollect.com Jun 24 2020 19:23:34
                 Diversified Consultants Inc,    PO Box 551268,    Jacksonville, Florida 32255-1268
4853382        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 24 2020 19:23:34     Fingerhut/Webbank,
                 6250 Ridgewood Rd,    Saint Cloud, Minnesota 56303-0820
4853385        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 24 2020 19:23:25     GM Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
4853388         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 24 2020 19:23:31     Jefferson Capital Systems,
                 16 McLeland Road,    St. Cloud, Minnesota 56303
4853373        +E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 24 2020 19:28:19     Chase Bank USA NA,
                 Po Box 15298,    Wilmington, Delaware 19850
4885971         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 24 2020 19:28:10     Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
4853389        +E-mail/Text: ebn@ltdfin.com Jun 24 2020 19:23:25     LTD Financial Services,
                 7322 Soutwest Freeway, Suite 1600,    Houston, Texas 77074-2134
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4853392        +E-mail/Text: rcpsbankruptcynotices@parallon.com Jun 24 2020 19:23:37      Medicredit,
                 PO Box 411187,    Saint Louis, MO 63141-3187
4853393        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2020 19:23:28      Midland Funding,
                 8875 Aero Dr. STE 200,    San Diego, California 92123-2255
4894416         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 24 2020 19:28:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4858271        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 24 2020 19:28:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4853396        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 24 2020 19:28:03
                 Portfolio Recovery Services,    PO Box 12914,    Norfolk, Virginia 23541-0914
4854980        +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 24 2020 19:28:19
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
4853401        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 24 2020 19:23:18
                 Verizon,    P.O. Box 28000,    Lehigh Valley, Pennsylvania 18002-8000
4853402        +E-mail/Text: meronem@wmh.org Jun 24 2020 19:23:19      Wayne Memorial Hospital,
                 601 Park Street,    Honesdale, Pennsylvania 18431-1498
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank as servicer for Lakeview Loan Servicing,
5231599          M&T Bank as servicer for,    Lakeview Loan Servicing, LLC9
5231600          M&T Bank as servicer for,    Lakeview Loan Servicing, LLC9,    M&T Bank as servicer for,
                 Lakeview Loan Servicing, LLC9
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4853378        ##+Delta Medix,    225 Penn Ave,    Scranton, PA 18503-1921
                                                                                 TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Mark E. Moulton    on behalf of Debtor 1 Angel  Medina markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton    on behalf of Debtor 2 Shari  Medina markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| Angel Medina<br>aka Angel L. Medina, aka Angel M. Medina | Chapter: 13<br>Case number: 5:16–bk–04599–RNO |
| **Debtor 1** | Document Number: 49 |
| Shari Medina<br>aka Shari Wahnon | Matter: Motion to Modify Confirmed Plan |
| **Debtor 2** | |
| **Debtor(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 9, 2016.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing.** | Date: 8/19/20<br>Time: 09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before **July 15, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 24, 2020 |

ntsempas(05/18)