**Fill in this information to identify the case:**

Debtor 1    Angel Medina

Debtor 2    Shari Medina
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    16-04599 MJC

# Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC                **Court claim no.** (if known):   6-3

**Last 4 digits** of any number you use to identify the debtor's account:   1959
**Property address:**
   110 Cross Lane
   Greentown, PA 18426

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                  (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ _____
c. **Total.** Add lines a and b.                             (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R          Response to Notice of Final Cure Payment          page 1

Case 5:16-bk-04599-MJC    Doc 68    Filed 11/29/23    Entered 11/29/23 07:22:11    Desc
Document ID: 76024b801c4f722399c6963e9a5a309957bc83035c8e6a0814663ffbdc9b01eb
Main Document    Page 1 of 3

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*            Date    11/28/2023

Michael Farrington
28 Nov 2023, 16:10:13, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 16106
      215-627-1322
      bkgroup@kmllawgroup.com
      Attorney for Creditor

Form 4100R                          Response to Notice of Final Cure Payment                                page 2

Case 5:16-bk-04599-MJC    Doc 68    Filed 11/29/23    Entered 11/29/23 07:22:11    Desc
Document ID: 76024b801c4f722399c6963e9a5a309957bc83035c8e6a0814662ffbdc9b01eb
                                    Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angel Medina aka Angel L.<br>　　　　Medina aka Angel M. Medina<br>　　Shari Medina aka Shari Wahnon<br>　　　　　　　　　　　Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>**Angel Medina aka Angel L. Medina aka<br>Angel M. Medina<br>Shari Medina aka Shari Wahnon**<br>　　　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharoupoulos**,<br>　　　　　　　　　　　Trustee | BK NO. 16-04599 MJC<br><br>Chapter 13<br><br>Related to Claim No. 6-3 |

### CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 29, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Angel Medina aka Angel L. Medina aka Angel M. Medina
110 Cross Lane
Greentown, PA 18426

Shari Medina aka Shari Wahnon
110 Cross Lane
Greentown, PA 18426

Attorney for Debtor(s) (via ECF)
Mark E. Moulton
Moulton and Moulton PC
693 State Route 739, Suite #1
Lords Valley, PA 18428

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first- class mail.

Dated: <u>November 29, 2023</u>

　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com