United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Angel Medina  
Shari Medina  
    Debtors

Case No. 16-04599-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 05, 2024      Form ID: fnldecnd      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel Medina, Shari Medina, 110 Cross Lane, Greentown, PA 18426-5023 |
| 4853368 | + | Apothaker & Assocs, 520 Fellowship Road C306, PO Box 5496, Mt. Laurel, New Jersey 08054-5496 |
| 4853370 | + | Brenda Wahnon, 3234 Hemlock Farms, Hawley, PA 18428-9114 |
| 4853376 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd, Ste 420, Pittsburgh, PA 15122 |
| 4853378 | + | Delta Medix, 225 Penn Ave, Scranton, PA 18503-1922 |
| 4853383 | + | First National Collection Bu, c/o Cross Country Bank, 3631 Warren Way, Reno, Nevada 89509-5241 |
| 4853384 | + | Geisinger Health System, P.O. Box 27727, Newark, New Jersey 07101-7727 |
| 4853386 | + | Highhouse Oil, 333 Erie St, Honesdale, Pennsylvania 18431-1059 |
| 4853389 | + | LTD Financial Services, 7322 Soutwest Freeway, Suite 1600, Houston, Texas 77074-2134 |
| 4853394 | + | Northeastern Gastroenterology Assoc PC, 1860 Fair Ave, Honesdale, Pennsylvania 18431-2108 |
| 4853395 | + | Pinnacle Receivable Solutions, LLC, PO Box 51058, Myrtle Beach, South Carolina 29579-0018 |
| 4853397 | + | Regional Hopspital of Scranton, 746 Jefferson Ave, Scranton, PA 18510-1624 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:07:57 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 18:57:44 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:07:57 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 18:57:27 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 18:57:47 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 4856705 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 05 2024 18:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4853380 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2024 18:53:00 | FIA Card Services, PO Box 15019, Wilmington, Delaware 19886 |
| 4853369 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 05 2024 18:54:00 | Berks Credit & Col, 900 Corporate DR, Reading, Pennsylvania 19605-3340 |
| 4853371 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 05 2024 19:08:04 | Capital One Auto, PO Box 259407, Plano, TX |

| Recipient ID | | Delivery Method | Date/Time | Recipient Info |
|---|---|---|---|---|
| | | | | 75025-9407 |
| 4858103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:07:57 | Capital One Auto Finance, c/o Ascension Capital Group fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4874060 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:08:00 | Capital One Auto Finance,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853372 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 19:07:57 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 4853374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 19:08:01 | Citibank SD, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 4853375 | + | Email/Text: mediamanagers@clientservices.com | Apr 05 2024 18:53:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 4853377 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 05 2024 18:53:00 | Commonwealth Financial, 245 Main Street, Scranton, Pennsylvania 18519-1641 |
| 4853390 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 19:08:01 | Macy's/DSNB, P.O. Box 8218, Mason, Ohio 45040 |
| 4891960 | | Email/Text: G06041@att.com | Apr 05 2024 18:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4853379 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 05 2024 18:54:00 | Diversified Consultants Inc, PO Box 551268, Jacksonville, Florida 32255-1268 |
| 5543304 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 18:57:24 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853381 | ^ | MEBN | Apr 05 2024 18:51:57 | Financial Recoveries, PO Box 1388, Mt. Laurel, New Jersey 08054-7388 |
| 4853382 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 05 2024 18:54:00 | Fingerhut/Webbank, 6250 Ridgewood Rd, Saint Cloud, Minnesota 56303-0820 |
| 4853385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 05 2024 18:53:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4853387 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 05 2024 18:53:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 4853388 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2024 18:53:00 | Jefferson Capital Systems, 16 McLeland Road, St. Cloud, Minnesota 56303 |
| 4853373 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 19:07:56 | Chase Bank USA NA, Po Box 15298, Wilmington, Delaware 19850 |
| 4885971 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 19:07:58 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4853391 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 05 2024 18:53:00 | Medical Data Systems Inc, 645 Walnut St STE 5, Gadsen , AL 35901-4173 |
| 4853392 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Apr 05 2024 18:54:00 | Medicredit, PO Box 411187, Saint Louis, MO 63141-3187 |
| 4853393 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2024 18:53:00 | Midland Funding, 8875 Aero Dr. STE 200, San Diego, California 92123-2255 |
| 4894416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 19:08:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858271 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 19:07:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4853396 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 18:57:25 | Portfolio Recovery Services, PO Box 12914, Norfolk, Virginia 23541-0914 |

| Recip ID | | | |
|---|---|---|---|
| 4853398 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2024 18:53:00 | Santander, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 4857823 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2024 18:53:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4853399 | + Email/Text: Bankruptcy@TekCollect.com | Apr 05 2024 18:53:00 | Tek Collect, PO BOX 1269, Columbus, Ohio 43216-1269 |
| 4854980 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 05 2024 18:57:28 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4872346 | Email/Text: electronicbkydocs@nelnet.net | Apr 05 2024 18:53:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4853400 | + Email/Text: electronicbkydocs@nelnet.net | Apr 05 2024 18:53:00 | US Dept of Ed/GLESI, PO Box 7860, Madison, WI 53707-7860 |
| 4853401 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 05 2024 18:53:00 | Verizon, P.O. Box 28000, Lehigh Valley, Pennsylvania 18002-8000 |
| 4853402 | + Email/Text: meronem@wmh.org | Apr 05 2024 18:53:00 | Wayne Memorial Hospital, 601 Park Street, Honesdale, Pennsylvania 18431-1498 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| 5231599 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| 5231600 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9, M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5543361 | *+ | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| James Warmbrodt | | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Mark E. Moulton | | on behalf of Debtor 1 Angel Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Mark E. Moulton | | on behalf of Debtor 2 Shari Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Michael Patrick Farrington | | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Angel Medina,<br>aka Angel L. Medina, aka Angel M. Medina, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:16−bk−04599−MJC |
| Shari Medina,<br>aka Shari Wahnon, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−8436    xxx−xx−9955

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Angel Medina and Shari Medina** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 5, 2024

**fnldec** (01/22)