Certificate Number: 06501-PAM-DE-038249937

Bankruptcy Case Number: 16-04599



06501-PAM-DE-038249937

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2024</u>, at <u>6:40</u> o'clock <u>PM CST</u>, <u>Angel Medina</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 5, 2024</u>                     By:      <u>/s/Carlo Skrupa</u>

                                                Name:  <u>Carlo Skrupa</u>

                                                Title:    <u>Program Manager</u>