United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 16-04599-MJC |
|---|---|
| Angel Medina | Chapter 13 |
| Shari Medina | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel Medina, Shari Medina, 110 Cross Lane, Greentown, PA 18426-5023 |
| 4853368 | + | Apothaker & Assocs, 520 Fellowship Road C306, PO Box 5496, Mt. Laurel, New Jersey 08054-5496 |
| 4853370 | + | Brenda Wahnon, 3234 Hemlock Farms, Hawley, PA 18428-9114 |
| 4853376 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd, Ste 420, Pittsburgh, PA 15122 |
| 4853378 | + | Delta Medix, 225 Penn Ave, Scranton, PA 18503-1922 |
| 4891960 | | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4853379 | + | Diversified Consultants Inc, PO Box 551268, Jacksonville, Florida 32255-1268 |
| 4853383 | + | First National Collection Bu, c/o Cross Country Bank, 3631 Warren Way, Reno, Nevada 89509-5241 |
| 4853384 | + | Geisinger Health System, P.O. Box 27727, Newark, New Jersey 07101-7727 |
| 4853386 | + | Highhouse Oil, 333 Erie St, Honesdale, Pennsylvania 18431-1059 |
| 4853389 | + | LTD Financial Services, 7322 Soutwest Freeway, Suite 1600, Houston, Texas 77074-2134 |
| 4853394 | + | Northeastern Gastroenterology Assoc PC, 1860 Fair Ave, Honesdale, Pennsylvania 18431-2108 |
| 4853395 | + | Pinnacle Receivable Solutions, LLC, PO Box 51058, Myrtle Beach, South Carolina 29579-0018 |
| 4853397 | + | Regional Hopspital of Scranton, 746 Jefferson Ave, Scranton, PA 18510-1624 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:46 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:07 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:30 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:39:51 | Exeter Finance LLC, c/o AIS Portfolio Services, |

| | | | | |
|---|---|---|---|---|
| | | | | LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: JPMORGANCHASE | Mar 14 2025 22:36:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:51:56 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 4856705 | + | EDI: PHINAMERI.COM | Mar 14 2025 22:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4853380 | | EDI: BANKAMER | Mar 14 2025 22:36:00 | FIA Card Services, PO Box 15019, Wilmington, Delaware 19886 |
| 4853369 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 14 2025 18:41:00 | Berks Credit & Col, 900 Corporate DR, Reading, Pennsylvania 19605-3340 |
| 4853371 | + | EDI: CAPONEAUTO.COM | Mar 14 2025 22:36:00 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 4853371 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 14 2025 18:52:47 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 4858103 | + | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Capital One Auto Finance, c/o Ascension Capital Group fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4858103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:40:27 | Capital One Auto Finance, c/o Ascension Capital Group fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4874060 | + | EDI: AISACG.COM | Mar 14 2025 22:36:00 | Capital One Auto Finance,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4874060 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:50 | Capital One Auto Finance,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853372 | + | EDI: CAPITALONE.COM | Mar 14 2025 22:36:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 4853372 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 18:40:24 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 4853373 | + | EDI: JPMORGANCHASE | Mar 14 2025 22:36:00 | Chase Bank USA NA, Po Box 15298, Wilmington, Delaware 19850-5298 |
| 4853373 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:40:26 | Chase Bank USA NA, Po Box 15298, Wilmington, Delaware 19850-5298 |
| 4885971 | + | EDI: JPMORGANCHASE | Mar 14 2025 22:36:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 4885971 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:51:33 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 4853374 | + | EDI: CITICORP | Mar 14 2025 22:36:00 | Citibank SD, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 4853375 | + | Email/Text: mediamanagers@clientservices.com | Mar 14 2025 18:41:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 4853377 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 14 2025 18:41:00 | Commonwealth Financial, 245 Main Street, Scranton, Pennsylvania 18519-1641 |
| 4853390 | | EDI: CITICORP | Mar 14 2025 22:36:00 | Macy's/DSNB, P.O. Box 8218, Mason, Ohio 45040 |
| 4891960 | | EDI: DIRECTV.COM | Mar 14 2025 22:36:00 | Directv, LLC, by American InfoSource LP as |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5543304 | + EDI: AISACG.COM | Mar 14 2025 22:36:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5543304 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:04 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853381 | ^ MEBN | Mar 14 2025 18:35:41 | Financial Recoveries, PO Box 1388, Mt. Laurel, New Jersey 08054-7388 |
| 4853382 | + EDI: BLUESTEM | Mar 14 2025 22:36:00 | Fingerhut/Webbank, 6250 Ridgewood Rd, Saint Cloud, Minnesota 56303-0820 |
| 4853385 | + EDI: PHINAMERI.COM | Mar 14 2025 22:36:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4853387 | + EDI: HFC.COM | Mar 14 2025 22:36:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 4853388 | EDI: JEFFERSONCAP.COM | Mar 14 2025 22:36:00 | Jefferson Capital Systems, 16 McLeland Road, St. Cloud, Minnesota 56303 |
| 4853391 | + Email/Text: MDSBankruptcies@meddatsys.com | Mar 14 2025 18:41:00 | Medical Data Systems Inc, 645 Walnut St STE 5, Gadsen , AL 35901-4173 |
| 4853392 | + EDI: PARALONMEDCREDT | Mar 14 2025 22:36:00 | Medicredit, PO Box 411187, Saint Louis, MO 63141-3187 |
| 4853393 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2025 18:41:00 | Midland Funding, 8875 Aero Dr. STE 200, San Diego, California 92123-2255 |
| 4894416 | EDI: PRA.COM | Mar 14 2025 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858271 | + EDI: PRA.COM | Mar 14 2025 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4853396 | + EDI: PRA.COM | Mar 14 2025 22:36:00 | Portfolio Recovery Services, PO Box 12914, Norfolk, Virginia 23541-0914 |
| 4853398 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2025 18:41:00 | Santander, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 4857823 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2025 18:41:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4853399 | + Email/Text: Bankruptcy@TekCollect.com | Mar 14 2025 18:41:00 | Tek Collect, PO BOX 1269, Columbus, Ohio 43216-1269 |
| 4854980 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 14 2025 18:50:52 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4872346 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 18:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4853400 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 18:41:00 | US Dept of Ed/GLESI, PO Box 7860, Madison, WI 53707-7860 |
| 4853401 | + EDI: VERIZONCOMB.COM | Mar 14 2025 22:36:00 | Verizon, P.O. Box 28000, Lehigh Valley, Pennsylvania 18002-8000 |
| 4853401 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 14 2025 18:41:00 | Verizon, P.O. Box 28000, Lehigh Valley, Pennsylvania 18002-8000 |
| 4853402 | + Email/Text: warringki@wmh.org | Mar 14 2025 18:41:00 | Wayne Memorial Hospital, 601 Park Street, Honesdale, Pennsylvania 18431-1498 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| 5231599 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| 5231600 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9, M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5543361 | *+ | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Mark E. Moulton | on behalf of Debtor 1 Angel Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Mark E. Moulton | on behalf of Debtor 2 Shari Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC tue67813@temple.edu |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Angel Medina<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8436<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Shari Medina<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9955<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–04599–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angel Medina
aka Angel L. Medina, aka Angel M. Medina

Shari Medina
aka Shari Wahnon

**By the court:**

3/14/25

Mark J. Conway, United States
Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2