United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 16-04599-MJC
Angel Medina  Chapter 13
Shari Medina
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Mar 14, 2025      Form ID: pdf010      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel Medina, Shari Medina, 110 Cross Lane, Greentown, PA 18426-5023 |
| 4853368 | + | Apothaker & Assocs, 520 Fellowship Road C306, PO Box 5496, Mt. Laurel, New Jersey 08054-5496 |
| 4853370 | + | Brenda Wahnon, 3234 Hemlock Farms, Hawley, PA 18428-9114 |
| 4853376 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd, Ste 420, Pittsburgh, PA 15122 |
| 4853378 | + | Delta Medix, 225 Penn Ave, Scranton, PA 18503-1922 |
| 4853379 | + | Diversified Consultants Inc, PO Box 551268, Jacksonville, Florida 32255-1268 |
| 4853383 | + | First National Collection Bu, c/o Cross Country Bank, 3631 Warren Way, Reno, Nevada 89509-5241 |
| 4853384 | + | Geisinger Health System, P.O. Box 27727, Newark, New Jersey 07101-7727 |
| 4853386 | + | Highhouse Oil, 333 Erie St, Honesdale, Pennsylvania 18431-1059 |
| 4853389 | + | LTD Financial Services, 7322 Soutwest Freeway, Suite 1600, Houston, Texas 77074-2134 |
| 4853394 | + | Northeastern Gastroenterology Assoc PC, 1860 Fair Ave, Honesdale, Pennsylvania 18431-2108 |
| 4853395 | + | Pinnacle Receivable Solutions, LLC, PO Box 51058, Myrtle Beach, South Carolina 29579-0018 |
| 4853397 | + | Regional Hopspital of Scranton, 746 Jefferson Ave, Scranton, PA 18510-1624 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:39:17 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:40:24 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:30 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:40:24 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 4856705 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2025 18:41:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4853380 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 18:41:00 | FIA Card Services, PO Box 15019, Wilmington, Delaware 19886 |
| 4853369 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 14 2025 18:41:00 | Berks Credit & Col, 900 Corporate DR, Reading, Pennsylvania 19605-3340 |
| 4853371 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| Recip ID | | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 14 2025 18:39:52 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 4858103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:45 | Capital One Auto Finance, c/o Ascension Capital Group fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4874060 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:51:07 | Capital One Auto Finance,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853372 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 18:52:05 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 4853373 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:50:52 | Chase Bank USA NA, Po Box 15298, Wilmington, Delaware 19850-5298 |
| 4885971 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 18:39:52 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 4853374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 18:51:02 | Citibank SD, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 4853375 | + | Email/Text: mediamanagers@clientservices.com | Mar 14 2025 18:41:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 4853377 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 14 2025 18:41:00 | Commonwealth Financial, 245 Main Street, Scranton, Pennsylvania 18519-1641 |
| 4853390 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 18:51:00 | Macy's/DSNB, P.O. Box 8218, Mason, Ohio 45040 |
| 4891960 | | Email/Text: G06041@att.com | Mar 14 2025 18:41:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5543304 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 18:52:50 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4853381 | ^ | MEBN | Mar 14 2025 18:35:42 | Financial Recoveries, PO Box 1388, Mt. Laurel, New Jersey 08054-7388 |
| 4853382 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 14 2025 18:41:00 | Fingerhut/Webbank, 6250 Ridgewood Rd, Saint Cloud, Minnesota 56303-0820 |
| 4853385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2025 18:41:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4853387 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 14 2025 18:41:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 4853388 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2025 18:41:00 | Jefferson Capital Systems, 16 McLeland Road, St. Cloud, Minnesota 56303 |
| 4853391 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 14 2025 18:41:00 | Medical Data Systems Inc, 645 Walnut St STE 5, Gadsden , AL 35901-4173 |
| 4853392 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 14 2025 18:41:00 | Medicredit, PO Box 411187, Saint Louis, MO 63141-3187 |
| 4853393 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2025 18:41:00 | Midland Funding, 8875 Aero Dr. STE 200, San Diego, California 92123-2255 |
| 4894416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 18:52:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858271 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 18:50:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4853396 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 18:50:57 | Portfolio Recovery Services, PO Box 12914, Norfolk, Virginia 23541-0914 |
| 4853398 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2025 18:41:00 | Santander, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |

| Recip ID | Bypass | Notice Info | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 4857823 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2025 18:41:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4853399 | + | Email/Text: Bankruptcy@TekCollect.com | Mar 14 2025 18:41:00 | Tek Collect, PO BOX 1269, Columbus, Ohio 43216-1269 |
| 4854980 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 14 2025 18:50:52 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4872346 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 18:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4853400 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 18:41:00 | US Dept of Ed/GLESI, PO Box 7860, Madison, WI 53707-7860 |
| 4853401 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 14 2025 18:41:00 | Verizon, P.O. Box 28000, Lehigh Valley, Pennsylvania 18002-8000 |
| 4853402 | + | Email/Text: warringki@wmh.org | Mar 14 2025 18:41:00 | Wayne Memorial Hospital, 601 Park Street, Honesdale, Pennsylvania 18431-1498 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| 5231599 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| 5231600 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC9, M&T Bank as servicer for, Lakeview Loan Servicing, LLC9 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5543361 | *+ | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | |
| | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Mark E. Moulton | |
| | on behalf of Debtor 1 Angel Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Mark E. Moulton | |
| | on behalf of Debtor 2 Shari Medina markmoulton@moultonslaw.com staff@moultonslaw.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Lakeview Loan Servicing LLC tue67813@temple.edu |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 5: 16-BK-04599-MJC |
| ANGEL MEDINA : | |
| : | |
| SHARI MEDINA : | CHAPTER 13 |
| Debtors : | |

**ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE**

Upon consideration of Debtors' Motion to Reopen Bankruptcy Case to Obtain Discharge, Dkt. # 79 ("Motion"), the subsequent filing of the Certificates of Debtor Education on behalf of the Debtors, Dkt. #s 80 and 81, and after a hearing held on March 13, 2025, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the above-captioned case is hereby **REOPENED** for the purpose of permitting Debtors to file their Certifications Regarding Domestic Support Obligations And Section 522(q), Official Form B2830, **on or before March 20, 2025**, or the case may be closed without further notice; and it is further

**ORDERED** that the Clerk of Court shall enter a Discharge of Debt on behalf of Debtors, pursuant to 11 U.S.C. §1328, provided all required documents have been properly submitted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 13, 2025